IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DARNELL W. MOON,

Plaintiff,

vs.                                                          Civil Case No. 21-2256

RICHARD M. WINTER, Attorney, Federal
Bureau of Prisons, North Central Regional
Office; MARY NOLAND, Attorney, Federal
Bureau of Prisons, North Central Regional
Office; KATHY HILL, Intelligence Research
Specialist; M. SCHREIDER; and FEDERAL
BUREAU OF PRISONS,

Defendants.

NOTICE OF REMOVAL

The United States of America files this Notice of Removal of the following action from

the District Court of Wyandotte County, Kansas, Case No. 21-CV-235, captioned *Darnell W.*

*Moon v. Richard M. Winter, et al.*, to the United States District Court for the District of Kansas,

pursuant to the Federal Employees Liability Reform and Tort Compensation Act of 1988, also

known as the "*Westfall* Act," 28 U.S.C. § 2679(d)(2), and 28 U.S.C. § 1446. The United States

of America alleges and states as follows:

1.     The United States of America removes this action by authority of the Attorney

General of the United States.

2.     Plaintiff is an inmate incarcerated at the United States Penitentiary in Marion,

Illinois.

3.     Richard M. Winter, Attorney, Federal Bureau of Prisons, North Central Regional

Office; Mary Noland, Attorney, Federal Bureau of Prisons, North Central Regional Office;

Kathy Hill, Intelligence Research Specialist; Melissa Schreider have been named as defendants in a civil action filed in the District Court of Wyandotte County, Kansas, on April 13, 2021, captioned *Darnell W. Moon v. Richard M. Winter, et al.*, Case No. 21-CV-235.

4.      Copies of the Summons and Complaint are attached hereto, marked as Exhibit A, and incorporated as a part of this Notice by reference.

5.      In his Complaint, Plaintiff alleges that defendants violated Kansas law for civil conspiracy and negligence, as well as various federal laws and other claims, related to Plaintiff's "plethora of federal tort claims" submitted to the BOP. *See* Exhibit A, Complaint, p. 4.  Plaintiff seeks relief under Kansas law as well as federal laws. *Id.*, p. 1

6.      At all times relevant to Plaintiff's Complaint, Richard M. Winter, Attorney, Federal Bureau of Prisons, North Central Regional Office; Mary Noland, Attorney, Federal Bureau of Prisons, North Central Regional Office; Kathy Hill, Intelligence Research Specialist; Melissa Schreider were employees of the United States government and were determined to be acting within the scope of their employment.

7.      By virtue of the authority vested in him by the Attorney General under 28 C.F.R. § 15.4, Duston J. Slinkard, Acting United States Attorney for the District of Kansas, has certified that Defendants Richard M. Winter, Attorney, Federal Bureau of Prisons, North Central Regional Office; Mary Noland, Attorney, Federal Bureau of Prisons, North Central Regional Office; Kathy Hill, Intelligence Research Specialist; Melissa Schreider were acting within the course and scope of their employment at all times relevant to the allegations in Plaintiff's Complaint, pursuant to 28 U.S.C. § 2679, *et seq*. Exhibit B.

8.      Pursuant to the Federal Employees Liability Reform and Tort Compensation Act of 1988, federal employees acting within the scope of their employment are immune from suits under state law, and the United States shall be substituted for the employees.

9.      It appears that Plaintiff is also attempting to bring a claim under the Administrative Procedure Act (APA) and the Declaratory Judgment Act. The Administrative Procedure Act does not provide an independent basis of subject matter jurisdiction but allows for judicial review of final agency action if there is an independent basis for subject matter jurisdiction. The United States District Court is the proper court to decide if Plaintiff has properly pled a claim under the APA, and if there is jurisdiction for an APA claim.

10.     The Declaratory Judgment Act vests federal courts with the power to "declare the rights and other legal relations of any interested party seeking such declaration." 28 U.S.C. § 2201. The United States District Court is the proper court to decide if Plaintiff has properly pled a claim under the Declaratory Judgment Act and whether the claim is subject to dismissal.

11.     The United States, pursuant to the Federal Employees Liability Reform and Tort Compensation Act of 1988, 28 U.S.C. § 2679(d)(2), has the right, at its election and without bond, to remove this action from the District Court of Wyandotte County, Kansas, to the United States District Court for the District of Kansas and does elect to remove this action.

WHEREFORE, the United States of America, respectfully submits notice that Case No. 21-CV-235, pending in the District Court of Shawnee County, Kansas, captioned *Darnell W. Moon v. Richard M. Winter, et al.*, is removed from that court to the United States District Court for the District of Kansas.

3

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

s/ *Michelle A. Jacobs*
Michelle A. Jacobs, #21261
Assistant United States Attorney
290 Federal Bldg.
444 SE Quincy Street
Topeka, Kansas 66683
PH: (785) 295-2850
FX: (785) 295-2853
Email: michelle.jacobs@usdoj.gov
*Attorneys for United States*

CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2021, I electronically filed the foregoing with the Clerk of

the Court by uploading it to the CM/ECF system. I further certify that on the same date, I mailed

the foregoing document and the notice of electronic filing by first-class mail to the following

non-CM/ECF participants:

Darnell W. Moon
Reg. No. 34077-044
USP Marion
P.O. Box 1000
Marion, IL 62959
  *Pro Se* Plaintiff

  s/ *Michelle A. Jacobs*
Michelle A. Jacobs
Assistant United States Attorney

4